CASE NO. 2:14-cv-00223-PSG

E-FILED 4/28/14

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re: THIKFILM, LLC
*Debtor*

SCREEN CAPITAL INTERNATIONAL CORP., derivatively on behalf of the estate of ThinkFilm, LLC
*Plaintiff-Appellant*

v.

DAVID BERGSTEIN
*Defendant-Appellee*

Appeal from Order of the United States Bankruptcy Court, Central District of California
Bankruptcy Case No. 2:10-bk-19912-BR
Adversary Proceeding No. 2:12-ap-02324-BR
Hon. Barry Russell, Judge

**ORDER GRANTING STIPULATION FOR DISMISSAL OF APPEAL**

DAVID L. NEALE (SBN 141225)
IRV M. GROSS (SBN 53659)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyb.com, img@lnbyb.com, tma@lnbyb.com

*Counsel for Appellant*

- 2 –

The Court having considered the "Stipulation for Dismissal of Appeal" ("Stipulation") entered into between Appellant Screen Capital International Corp., derivatively on behalf of the estate of ThinkFilm, LLC, and Appellee David Bergstein, and good cause having been shown,

IT IS HEREBY ORDERED:

1. The Stipulation is granted in its entirety;
2. The Appeal in this matter, 2:14-cv-00223-PSG, shall be and is dismissed as premature;
3. The Stipulation has no effect on the Bankruptcy Court's December 23, 2013 order granting David Bergstein's motion to dismiss; and
4. Nothing herein should be construed as otherwise affecting the parties' rights.

Dated: 4/28, 2014

### PHILIP S. GUTIERREZ
_____
PHILIP S. GUTIERREZ, Judge
United States District Court

cc: USBC/BK Appellate Court
2:10-bk-19912-BR (Adversary Case: 2:12-ap-2324-BR)